DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE DENTAL LAW GROUP** d/b/a **THE SHOCHET LAW GROUP,**
Appellant,

v.

**DOCTOR'S CHOICE COMPANIES, INC.,**
Appellee.

No. 4D18-2795

[July 11, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2013-CA-008715.

Daniel A. Norton of Shochet Law Group, Lake Worth, for appellant.

Bradford J. Beilly and John Strohsahl of Beilly & Strohsahl, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CIKLIN, JJ., concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*